UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHTON J. RYAN, JR., MARY BETH VERDIGETS, WILLIAM J BURNELL, GREGORY ST. ANGELO, OFFICER DOES 1-20, ERNST & YOUNG LLP, MARK BELL, and AUDITOR DOES 1-20,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 2:19-CV-10341 WBV/DMD<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JUDGE DANA M. DOUGLAS |

**DEFEDANT MARY BETH VERDIGETS'S RESPONSE IN OPPOSITION TO ST. ANGELO'S MOTION TO STAY CIVIL PROCEEDINGS**

On June 19, 2019, Defendant Gregory St. Angelo ("Mr. St. Angelo") filed a Motion to Stay Civil Proceedings (the "Motion to Stay") (R. Doc. 16) requesting that the Court stay this civil litigation in its entirety until the resolution of the federal criminal proceeding in *United States v. St. Angelo*, Case No. 2:19-cr-55. Defendant Mary Beth Verdigets ("Ms. Verdigets") opposes the Motion to Stay for the limited purpose of enabling her to file, and the Court to decide, a Fed. R. Civ. P. 12(b) motion challenging whether the Complaint states a claim against her. Her deadline for filing a Rule 12(b) motion is July 22, 2019, six days after the submission date for the Motion to Stay.

Ms. Verdigets does not oppose the Motion to Stay to the extent that it seeks to stay all non-Rule 12(b) activity in the case, such as discovery, scheduling conferences under Fed. R. Civ. P. 16

and 26, the setting of case deadlines, or any non-Rule 12 motion practice. Unlike those activities, Ms. Verdigets' Rule 12(b) motion will not implicate any of the concerns raised by Mr. St. Angelo in his Motion to Stay, but will instead allow Ms. Verdigets an opportunity to seek dismissal from this proceeding based on the insufficiency of the Complaint and standing. Further, Ms. Verdigets understands that Mr. St. Angelo has no objection to her request for this narrow exception to the stay that he is seeking.

Ms. Verdigets therefore respectfully requests that Mr. St. Angelo's Motion to Stay be denied to the limited extent that it would preclude her from filing any motions pursuant to Fed. R. Civ. P 12(b) or would preclude the Court from deciding such motions.

**Respectfully submitted,**

**STEEG LAW FIRM, L.L.C.**


      */s/ Charles L. Stern, Jr.*
**CHARLES L. STERN, JR. (12451)**
**201 St. Charles Avenue, Suite 3201**
**New Orleans, LA 70170**
**Telephone: (504) 582-1199**
**Facsimile: (504)-582-1240**
**E-mail: cstern@steeglaw.com**


**Mary C. Gill (*pro hac vice*)**
**mary.gill@alston.com**
**Elizabeth Gingold Clark (*pro hac vice*)**
**elizabeth.clark@alston.com**
**Courtney C. Quirós (*pro hac vice*)**
**courtney.quiros@alston.com**
**ALSTON & BIRD LLP**
**1201 West Peachtree Street; Suite 4900**
**Atlanta, Georgia 30309-3424**
**Telephone: (404) 881-7000**
**Facsimile: (404) 881-7777**

**Attorneys for Defendant Mary Beth Verdigets**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon all parties requesting notice via the Court's CM/ECF notification system this 8th day of July, 2019.

                                                                /s/ Charles L. Stern, Jr.