UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY, | CIVIL ACTION NO.   19-CV-10341<br><br>SECTION "D" (3) |

Plaintiff

vs.

ASHTON J. RYAN, JR., MARY BETH VERDIGETS, WILLIAM J. BURNELL, GREGORY ST. ANGELO, OFFICER DOES 1-20, ERNST & YOUNG LLP, MARK BELL, and AUDITOR DOES 1-20,

Defendants

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Ashton J. Ryan, Jr., and requests oral argument on Motion for Stay by Defendant, Ashton J. Ryan, Jr. (Doc. 25), for the reasons that the Motion for Stay is essential to the constitutional rights of Ashton J. Ryan, Jr., and all constitutional arguments and principles must be presented orally commensurate with the gravity of his rights in these proceedings; and the consequences if the motion were denied.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: /s/ *Edward J. Castaing, Jr.*
Edward J. Castaing, Jr. #4022
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
ecastaing@cclhlaw.com

*Counsel for Ashton J. Ryan, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Edward J. Castaing, Jr.*
Attorney