UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY | CIVIL ACTION |
| VERSUS | NO: 19-10341 |
| ASHTON J RYAN, JR., ET AL | SECTION: "D" |

**NOTICE REGARDING ORAL ARGUMENT REQUEST**

A request for oral argument has been filed regarding a **Motion to Stay (Rec. Doc. 16)**, scheduled for submission before the district judge in this matter.  Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request.  Counsel should not appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

MELISSA VERDUN, FOR THE COURT
CASE MANAGER SECTION D
melissa_verdun@laed.uscourts.gov