UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY, | CIVIL ACTION NO.   19-CV-10341<br><br>SECTION "D" (3) |
| Plaintiff | |
| vs. | |
| ASHTON J. RYAN, JR., MARY BETH VERDIGETS, WILLIAM J. BURNELL, GREGORY ST. ANGELO, OFFICER DOES 1-20, ERNST & YOUNG LLP, MARK BELL, and AUDITOR DOES 1-20, | |
| Defendants | |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Ashton J. Ryan, Jr., and requests oral argument on Motion for Stay by Defendant, Ashton J. Ryan, Jr. (Doc. 25), for the reasons that the Motion for Stay is essential to the constitutional rights of Ashton J. Ryan, Jr., and all constitutional arguments and principles must be presented orally commensurate with the gravity of his rights in these proceedings; and the consequences if the motion were denied.

**DENIED**

_Wendy B. Vitter_    7/15/19
WENDY B. VITTER
U.S. DISTRICT JUDGE