UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY<br><br>vs.<br><br>ASHTON J. RYAN, JR., ET AL. | CIVIL ACTION NO. 2:19-cv-10341<br><br>JUDGE WENDY VITTER<br><br>MAGISTRATE JUDGE DANA DOUGLAS |

## REQUEST FOR ORAL ARGUMENT

Defendant Gregory St. Angelo, pursuant to Local Rule 78.1, respectfully requests oral argument on his Motion to Stay Civil Proceedings (Rec. Doc. 16). The plaintiff has filed an opposition to the motion (Rec. Doc. 23), and certain defendants have filed limited objections requesting partial carve-outs to the proposed stay for specific motions, to which Mr. St. Angelo has consented (Rec. Docs. 17, 21). In addition, defendants Ashton Ryan and William Burnell have filed their own motions to stay (Rec. Doc. 25, 30). An oral hearing on the motion will provide an opportunity for the parties to address the Court and to respond to questions that the Court may have regarding the parties' varied positions relating to the proposed stay.

**DENIED**

_Wendy B. Vitter_     7/15/19
WENDY B. VITTER
U.S. DISTRICT JUDGE

1271130v.1