UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY | * * * | CIVIL ACTION NO. 2:19-cv-10341 SECTION: "D" (3) |
| v. | * | |
| ASHTON RYAN, JR., ET AL | * | |

### GOVERNMENT'S MOTION TO INTERVENE AND STAY

**NOW INTO COURT** comes the United States, appearing by and through the undersigned Assistant United States Attorneys, and respectfully submits this Motion to Intervene and Stay. For the reasons stated in the Government's Memorandum in Support, the Government respectfully requests this Court to intervene under Rule 24 of the Federal Rules of Civil Procedure for the limited purpose of staying the instant proceedings until the conclusion of an ongoing federal criminal investigation.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority Conferred
by 28 U.S.C. § 515

 *s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
NICHOLAS D. MOSES
MATTHEW R. PAYNE
J. RYAN MCLAREN
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3129
E-Mail: sharan.lieberman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                         *s/ Sharan E. Lieberman*
                                         SHARAN E. LIEBERMAN
                                         Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY** | * * * | **CIVIL ACTION NO. 2:19-cv-10341** <br><br> **SECTION: "D" (3)** |
| **v.** | * * | |
| **ASHTON RYAN, JR., ET AL** | * * * | |

## O R D E R

Having considered the Government's Motion to Intervene and Stay;

**IT IS HEREBY ORDERED** that the Motion is _____.

New Orleans, Louisiana, this _____ day _____, 2019.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE