UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST NBC BANK HOLDING COMPANY | * | CIVIL ACTION NO. 2:19-cv-10341 |
| | * | SECTION: "D" (3) |
| | * | |
| v. | | |
| | * | |
| ASHTON RYAN, JR., ET AL | | |
| * * * | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the United States, in accordance with Rule 7.2 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, hereby submits its Motion to Intervene and Stay Discovery for decision on **Tuesday, August 13, 2019 at 9:30 a.m.** before the Honorable Wendy B. Vitter, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority Conferred
by 28 U.S.C. § 515

*s/Sharan E. Lieberman*
SHARAN E. LIEBERMAN
NICHOLAS D. MOSES
MATTHEW R. PAYNE
J. RYAN MCLAREN
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3129
E-Mail: sharan.lieberman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                     *s/ Sharan E. Lieberman*
                                                     SHARAN E. LIEBERMAN
                                                     Assistant United States Attorney